PER CURIAM.
Affirmed. See Buenoano v. State, 527 So.2d 194 (Fla.1988); Pope v. State, 441 So.2d 1073 (Fla.1983); Eberhard v. State, 539 So.2d 539 (Fla. 1st DCA 1989); Palmer v. State, 486 So.2d 22 (Fla. 1st DCA 1986); Jimenez v. State, 480 So.2d 705 (Fla. 3d DCA 1985); Bradford v. State, 460 So.2d 926 (Fla. 2d DCA 1984), petition for rev. denied, 467 So.2d 999 (Fla.1985); Knight v. State, 392 So.2d 337 (Fla. 3d DCA), rev. denied, 399 So.2d 1143 (Fla.1981); Garmise v. State, 311 So.2d 747 (Fla. 3d DCA 1975), dismissed, 328 So.2d 841 (Fla.1976), cert. denied, 429 U.S. 998, 97 S.Ct. 524, 50 L.Ed.2d 608 (1976).